LEVY, Respondent, v. KOTTMAN, Appellant.

(City Court of New York, General Term.   May 18, 1894.)

Action by Morris Levy against Elizabeth E. Kottman.

Argued before EHRLICH, C. J., and VAN WYCK and McCARTHY, JJ.

L. S. Goebel, for appellant.

J. L. Weinberg, for respondent.

McCARTHY, J.   This is an action for broker's commission under employment to procure a purchaser for real estate.   The complaint sets up employment of plaintiff to sell No. 264 Delancey street, in the city of New York, for the usual commission of 1 per cent.;  that he procured a purchaser, who paid to the defendant $50 on the purchase price of $25,500 for the parcel; that plaintiff earned his commission of $255.   The answer denied the employment of plaintiff, that he procured a purchaser, that the purchaser agreed to buy, and that he paid $50 on account of the purchase price, but alleges that she received $50 on June 5, 1892, from a stranger, for the option to buy the property on the next day, but that the stranger never came back to complete the sale, and pleads conspiracy and collusion between the purchaser and broker to defraud her out of $205,—the amount being the difference between the commission sued for and the $50 she admitted that she received.   The evidence sufficiently shows the employment of the plaintiff by the defendant's husband, and her authority and ratification of the same.   There is also evidence of the procuring of the purchaser by the plaintiff, and his ability to carry out the contract.   These being questions of fact, and the same having been submitted to the jury under proper instructions, and they having found for the plaintiff, it is conclusive on us.   We find no error, and the judgment should be affirmed, with costs.   All concur.

---

MEAD et al., Respondents, v. HARTWELL et al., Appellants.

(City Court of New York, General Term.   May 18, 1894.)

Action by Charles H. Mead and another against H. Edgar Hartwell and others.

Argued before EHRLICH, C. J., and VAN WYCK and McCARTHY, JJ.

J. C. & H. C. Smith & Koepke, for appellants.

Dill & Chandler, for respondents.

McCARTHY, J.   There is nothing in the objection of the appellants; it is too finely drawn.   The summons complies with the order and its intent.   The order is therefore affirmed, with costs.   All concur.

---

SULLIVAN, Respondent, v. BROOKS et al., Appellants.

(City Court of New York, General Term.   May 18. 1894.)

Action by John Sullivan against William Brooks and another.

Argued before EHRLICH, C. J., and VAN WYCK, J.

Alex. Thain, for appellants.

Edwin G. Davis, for respondent.